Michael Bernard Potere
18 Inis Circle
West Newton, MA 02465
(617) 564-1174
In pro per

FILED
CLERK, U.S. DISTRICT COURT

JUN 24 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___RS___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Michael Bernard Potere

PLAINTIFF/PETITIONER,

v.

The Board of Trustees of the State Bar of California; Donna S. Hershkowitz, Interim Executive Director of the DEFENDANT(S).

CASE NUMBER

2:21-CV-05208-JAK-JC

REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT

I, Michael Bernard Potere, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☑No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. January 2021, $15 per hour, approx. $600 per month

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    a. Business, profession or form of self-employment?   ☑Yes ☐No
    b. Rent payments, interest or dividends?   ☐Yes ☑No
    c. Pensions, annuities or life insurance payments?   ☐Yes ☑No
    d. Gifts or inheritances?   ☐Yes ☑No
    e. Any other income (other than listed above)?   ☐Yes ☑No
    f. Loans?   ☐Yes ☑No

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: Employed at a men's clothing store, earned a total of $12,552.54 in wages during that period.

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☑Yes ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
   Checking account, approximately $1,000 per month during the past six months; savings acct., approx. $150 per mo.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑Yes ☐No

   If the answer is yes, describe the property and state its approximate value: 2008 Saab 9-3 convertible, worth approx. $3,000

5. In what year did you last file an Income Tax return? 2020

   Approximately how much income did your last tax return reflect? $32,761

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
   N/A

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

_____Massachusetts_____          _____Middlesex County_____
           State                               County (or City)

I, Michael Bernard Potere _____, declare under penalty of perjury that the foregoing is true and correct.

6/24/2021                              [signature]
   Date                                Plaintiff/Petitioner (Signature)