Name: Michael Bernard Potere
Address: 18 Inis Circle
West Newton, MA 02465
Phone Number: (617) 564-1174
Email Address: mpotere@nlaw.northwestern.edu
*Pro Se*

FILED
CLERK, U.S. DISTRICT COURT
JUN 24 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: RS  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Michael Bernard Potere

PLAINTIFF(S)

v.

The Board of Trustees of the State Bar of California; Donna S. Hershkowitz, Interim Executive Director of The Board of Trustees of the State Bar of California

DEFENDANT(S)

CASE NUMBER
**2:21-CV-05208-JAK-JC**

**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ✓ A Computer with internet access.

   ✓ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ✓ A scanner to convert documents that are only in paper format into electronic files.

   ✓ A printer or copier to create required paper copies such as chambers copies.

   ✓ A word-processing program to create documents; and

   ✓ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: June 24, 2021            Signature: /s/

CV-005 (02/20)        APPLICATION FOR PERMISSION FOR ELECTRONIC FILING