# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-05208-JAK-JC | Date | September 20, 2021 |
|---|---|---|---|
| Title | Michael Bernard Potere v. The Board of Trustees, etc., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: | |
| none | none | |

**Proceedings:**      (IN CHAMBERS)

**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS ORIGINAL SUPERSEDED COMPLAINT AND RELATED REQUEST FOR JUDICIAL NOTICE (DOCKET NOS. 12, 13)**

In light of Plaintiff's filing of a First Amended Complaint (Docket No. 15),[1] Defendants' Motion to Dismiss Complaint and Request for Judicial Notice, which are directed to the non-operative original Complaint instead of the First Amended Complaint which supersedes the original Complaint, are moot and are denied such.

IT IS SO ORDERED.

---

[1] Pursuant to Fed. R. Civ. P. 15(a)(1) as pertinent here, a party may amend its pleading once as a matter of course if it is one to which a responsive pleading is required, within 21 days after service of a motion under Rule 12(b). Defendants' response to the First Amended Complaint is due within fourteen days of service thereof. Fed. R. Civ. P. 15(a)(3).