UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-05208-JAK-JC | Date | Septembert 20, 2021 |
|---|---|---|---|
| Title | Michael Bernard Potere v. The Board of Trustees, etc., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| none | | none |

**Proceedings:**     (IN CHAMBERS)

**ORDER (1) SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS; AND (2) TAKING MOTIONS UNDER SUBMISSION**

The Court is in receipt of Defendant Board of Trustees of the State Bar of California and Leah Wilson's Motion to Dismiss First Amended Complaint and Request for Judicial Notice ("Defendants' Motions"). Plaintiff shall file an opposition/response to Defendants' Motions by not later than **September 27, 2021**, and Defendants shall file a reply by not later than **October 4, 2021**.

**Plaintiff is cautioned that the failure timely to file an opposition to Defendants' Motions may be deemed consent to the granting of Defendants' Motion pursuant to Local Rule 7-12 and may result in dismissal which could end this case. Further, Plaintiff's failure timely to file an opposition/response to Defendants' Motion may result in the dismissal of this action for failure to prosecute and/or failure to comply with the Court's Order.**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds Defendants' Motions appropriate for decision without oral argument. The matter will be deemed submitted on the date on which Defendants' Reply is due.

IT IS SO ORDERED.