JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BERNARD POTERE,<br><br>Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE STATE BAR OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 2:21-cv-05208-JAK-JC<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered dismissing the operative First Amended Complaint without leave to amend and dismissing this action.

IT IS SO ADJUDGED.

DATED: April 12, 2022

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE